*Harrell* for petitioners. *Messrs. Howell M. Hampton* and *O. K. Reaves* for respondent.

No. 71. ROBY-SOMERS COAL CO. *v.* ROUTZAHN, COLLECTOR OF INTERNAL REVENUE. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Arthur C. Denison, Raymond T. Jackson,* and *John C. Morley* for petitioner. *Assistant Solicitor General Bell* and *Messrs. Sewall Key* and *Warren F. Wattles* for respondent.

No. 76. ROURANGE, ADMINISTRATRIX, *v.* COLUMBIAN STEAMSHIP CO. October 9, 1939. Petition for writ of certiorari to the Court of Appeals of New York denied. *Messrs. Silas Blake Axtell* and *Charles A. Ellis* for petitioner. *Mr. Ray Rood Allen* for respondent.

No. 79. STILL ET AL. *v.* UNION CIRCULATION CO. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Arthur I. Obre* for petitioners. *Mr. I. Maurice Wormser* for respondent.

No. 81. CUDAHY PACKING CO. *v.* NATIONAL LABOR RELATIONS BOARD. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Edward S. Stringer* for petitioner. *Assistant Solicitor General Bell* and *Messrs. Charles A. Horsky, Charles Fahy, Robert B. Watts,* and *Mortimer B. Wolf* for respondent.